## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

B&B REALTY COMPANY,         :
           :
      Plaintiff,      :
           :  3:21-CV-1207
     v.         :  (JUDGE MARIANI)
           :
MCDONALD'S CORPORATION,   :
           :
      Defendant.    :

## ORDER

**AND NOW, THIS** _____ **DAY OF MAY, 2022,** upon consideration of

Plaintiff's Motion to Remand (Doc. 7), **IT IS HEREBY ORDERED THAT** Plaintiff's Motion

(Doc. 7) is **DENIED** for the reasons set forth in this Court's accompanying memorandum

opinion.

_____
Robert D. Mariani
United States District Judge