THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

B&B REALTY COMPANY,

    Plaintiff,

v.

MCDONALD'S CORPORATION,

    Defendant.

: 3:21-CV-1207
: (JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_\_24TH\_\_\_ **DAY OF MAY, 2022,** upon consideration of Defendant's Motion to Dismiss (Doc. 6), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion to Dismiss (Doc. 6) is **GRANTED** for the reasons set forth in this Court's accompanying memorandum opinion.

2. The Complaint (Doc. 1-1) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall file an Amended Complaint within **21 days** of the date of this Order.

Robert D. Mariani
United States District Judge